**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:                                    CASE NO. 15-53415

    PAUL A CRAFT

                                            CHAPTER 13

    DEBTOR

                                            JUDGE CHARLES M. CALDWELL

---

**OBJECTION TO CONFIRMATION**

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Faye D. English, Chapter 13 Trustee and objects to confirmation of the plan and would show this Court that in the above-referenced case the Court should enter an order denying confirmation for the reasons set forth below and dismissing the case pursuant to 11 USC §1307(c) for the following:

**X**    The Chapter 13 Statement of Financial Affairs, Plan, Means Test, or Schedules must be amended to reflect the changes in the following areas: Schedule B discloses a bank account with a negative balance, no corresponding debt is disclosed on Schedule F. Schedule E fails to disclose the names of the DSO recipients. The 1015-2 form fails to disclose all of the property included in the ex-spouse's prior bankruptcy case. The plan fails to provide treatment for the secured claim filed by Fifth Third Bank. The plan fails to pay the secured claim 100% and provides no payment to the unsecured creditors.

**X**    Payments due pursuant to U.S.C. § 1326 (a)(1) and § 1325 (a)(2) have not been made. The first full plan payment has not been provided.

**X**    The plan does not meet the requirements of 11 U.S.C. § 1325(b) (the disposable income test). The Schedule J expenses exceed what is considered reasonable and necessary for a family of 2.

**X**    Debtor has not filed a wage order.

Wherefore, the Trustee prays the Court deny confirmation for the reasons set forth and the case be dismissed or converted to Chapter 7, whichever shall be determined in the creditor's best interest.

Dated: 7/15/2015                                       Respectfully submitted,

/s/ Faye D. English
Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH  43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection To Confirmation was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 7/15/2015                            /s/ Faye D. English

Electronically signed by
Faye D. English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D. English, Chapter 13 Trustee
Michael T Gunner Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

Paul A Craft
269 N Sandusky St
Delaware, Oh 43015